UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HESHAM M. MAHMOUD, on behalf of himself and those similarly situated,

    Plaintiff,

v.

RADIUS GLOBAL SOLUTIONS, LLC; and JOHN DOES 1 to 10,

    Defendants.

Case No. 22-cv-23

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, Defendant, Radius Global Solutions, LLC ("RGS"), through undersigned counsel, hereby removes the above-captioned civil action from the Superior Court of New Jersey, Law Division: Essex County, State of New Jersey to the United States District Court for the District of New Jersey. The removal of this civil case is proper because:

1. On November 24, 2021, Plaintiff, Hesham M. Mahmoud ("Plaintiff"), commenced a civil action in the Superior Court of New Jersey, Law Division: Essex County, State of New Jersey, entitled and captioned as *Hesham M. Mahmoud, on behalf of himself and those similarly situated v. Radius Global Solutions, LLC; and John Does 1 to 10,* Case No. ESX-L-9032-21 (hereinafter the "State Court Action") No further proceedings before the State Court have occurred.

2. In the Complaint, Plaintiff alleges statutory causes of action against RGS under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.* A true

and correct copy of plaintiff's Complaint is attached hereto as **Exhibit A**. Therefore, this Court has jurisdiction over the State Court Action pursuant to 28 U.S.C. § 1331 because plaintiff's Complaint alleges a cause of action arising under the laws of the United States. Because plaintiff affirmatively alleges violations of the FDCPA, the Complaint asserts a federal question under 28 U.S.C. § 1331 and is removable pursuant to 28 U.S.C. § 1441.

3. RGS was served with a copy of the Summons and Complaint on December 3, 2021.

4. The time within which RGS is required by the laws of the United States, 28 U.S.C. § 1446(b), to file this notice of removal has not yet expired. This Notice of Removal is timely, having been filed within 30 days of the date on which RGS received a copy of the Summons and Complaint. *See* 28 U.S.C. § 1446.

5. The Superior Court of New Jersey, Law Division: Essex County, State of New Jersey, is located within the United States District Court for the District of New Jersey. Therefore, venue for purposes of removal is proper because the United States District Court for the District of New Jersey embraces the place in which the removed action was pending. 28 U.S.C. § 1441(a).

6. Written notice of this Notice of Removal of this action is being immediately provided to the Superior Court of New Jersey, Law Division: Essex County, State of New Jersey. *See* **Exhibit B** attached hereto.

7. Written notice of this Notice of Removal of this action is being caused to be served on all counsel and parties of record, including plaintiff through his counsel.

WHEREFORE, defendant, Radius Global Solutions, LLC, hereby removes to this Court the State Court Action.

Dated: January 3, 2022                              Respectfully Submitted,

*/s/ Aaron R. Easley*
Aaron R. Easley, Esq.  (#026151994)
SESSIONS, ISRAEL & SHARTLE, LLC
3 Cross Creek Drive
Flemington, NJ 08822
Telephone No.: (908) 237-1660
Facsimile No.: (877) 334-0661
areasley@sessions.legal
*Attorneys for Defendants,*
*Radius Global Solutions, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 3, 2022, a copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below:

Yongmoon Kim, Esq.
KIM LAW FIRM LLC
411 Hackensack Avenue, Suite 701
Hackensack, New Jersey 07601

Eileen L. Linardos, Esq.
Ronald I. LeVine, Esq.
Law Offices of Ronald I. LeVine
210 River Street, Suite 11
Hackensack, NJ 07601

/s/ Aaron R. Easley
Attorney